UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                      :

      - v. -                                :

CARLOS JULIO VICTORIA,                        :

           Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

08 Cr. 6

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      March 27, 2008

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
MAR 27 2008