U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 14, 2008

**MEMO ENDORSED** 5/15/08
Matter Adj to 6/27 @ 10:30 AM
Time Excluded through 6/27
in the interest of justice

By Facsimile

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Carlos Julio Victorio,
08 Cr. 6 (CM)

Dear Judge McMahon:

The Government writes to respectfully request (with the consent of defense counsel) that the conference scheduled in the above-referenced case for May 16, 2008, be adjourned to June 12, 2008, or such other date in early to mid-June that is convenient to the Court. The Government needs additional time to produce discovery to the defendant, defense counsel needs additional time to discuss the case with his client, and the parties hope to continue discussions regarding a possible disposition of the case.

Should the Court grant the Government's request, the Government further respectfully requests (without objection from defense counsel) that the Court exclude the time under the Speedy Trial Act until the new conference date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510
Facsimile: (212) 637-2387

cc: Curtis Farber, Esq. (by facsimile: (212) 226-3224)