

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

June 19, 2008

*Via Facsimile*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: United States v. Carlos Julio Victoria,
    08 Cr. 006 (CM)

Dear Judge McMahon:

The Government and defense counsel jointly propose the following bail package for Your Honor's consideration:

- a $150,000 personal recognizance bond, co-signed by three financially responsible persons;

- regular Pre-trial supervision;

- the surrender of the defendant's passport; and

- the defendant's travel to be restricted to the Southern District of New York, the Eastern District of New York, the Southern District of California, the Central District of California, the Eastern District of California, the Northern District of California, and the District of Nevada. (The defendant is a truck driver, and his employment requires him to travel throughout California, as well as from California to Las Vegas, Nevada.)

Honorable Colleen McMahon
June 19, 2008
Page 2

       The defendant is to be released upon his own signature, with all other conditions to be satisfied by June 27, 2008.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney

                    By: _____
                                   Kenneth A. Polite/Parvin Moyne
                                   Assistant United States Attorneys
                                   (212) 637-2412/2510

cc:    Curtis J. Farber, Esq. (via facsimile)

                                   SO ORDERED:

Dated:     New York, New York
            June 20, 2008         _____
                                   COLLEEN MCMAHON
                                   UNITED STATES DISTRICT JUDGE