

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

June 29, 2008

Via Facsimile

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

Re:  United States v. Carlos Julio Victoria,
     08 Cr. 006 (CM)

Dear Judge McMahon:

The Government respectfully requests that Your Honor schedule the next conference in the above-referenced matter for July 25, 2008, at 9:30 a.m.

The Government also requests that the Court exclude time in the above-referenced matter until July 25, 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss a possible disposition in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite/Parvin Moyne
Assistant United States Attorneys
(212) 637-2412/2510

cc:  Curtis J. Farber, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a possible disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and July 25, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:     New York, New York
           June 1 , 2008
           July

                                    _____
                                    COLLEEN MCMAHON
                                    UNITED STATES DISTRICT JUDGE