

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008

**MEMO ENDORSED**

*Via Facsimile*

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:  United States v. Carlos Julio Victoria,
     08 Cr. 006 (CM)

Dear Judge McMahon:

The Government respectfully requests that Your Honor schedule the next conference in the above-referenced matter for September 4, 2008, at 9:30 a.m.

The Government also requests that the Court exclude time in the above-referenced matter until September 4 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss a possible disposition in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite/Parvin Moyne
Assistant United States Attorneys
(212) 637-2412/2510

*Handwritten endorsement:* 7/29/08 Matter adj'd to 9/4/08 at 9:30 a.m. Time is excluded in the interest of justice. /s/ Colleen McMahon

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

cc:  Curtis J. Farber, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a possible disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and September 4, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:    New York, New York
          July ___, 2008

                                   _____
                                   COLLEEN MCMAHON
                                   UNITED STATES DISTRICT JUDGE